UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership,

             Debtors.
_____/
BRADLEY D. SHARP, et al.,

             Plaintiffs,

             v.                           CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST, et al.,

             Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

             Debtors.
_____/
BRADLEY D. SHARP, et al.,

             Plaintiffs,

             v.                           CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

             Defendants.
_____/

1  In re:

2  SK FOODS, L.P., a California
   limited partnership,

3
            Debtors.
4  _____/

   BRADLEY D. SHARP, et al.,
5
            Plaintiffs,
6
            v.                        CIV. NO. S-11-1841 LKK
7
   SCOTT SALYER, as trustee of
8  the Scott Salyer Revocable
   Trust, et al.,
9
            Defendants.
10 _____/

   In re:
11
   SK FOODS, L.P., a California
12 limited partnership,

13          Debtors.
   _____/
14 BRADLEY D. SHARP, et al.,

15          Plaintiffs,

16          v.                        CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18          Defendants.
   _____/
19 In re:

20 SK FOODS, L.P., a California
   limited partnership,
21
            Debtors.
22 _____/

   BANK OF MONTREAL, as
23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
24 L.P. and RHM Industrial
   Specialty Foods, Inc, a
25 California corporation, d/b/a
   Colusa County Canning Co.,

26

                          2

1              Appellant,

2                    v.                    CIV. NO. S-11-1845 LKK

3    SCOTT SALYER, et al.,

4              Appellees.
     _____/

5    In re:

6    SK FOODS, L.P., a California
     limited partnership,

7
               Debtors.
8    _____/

     BANK OF MONTREAL, as
9    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
10   L.P. and RHM Industrial
     Specialty Foods, Inc, a
11   California corporation, d/b/a
     Colusa County Canning Co.,

12
               Appellant,
13
                     v.                   CIV. NO. S-11-1846 LKK
14
     INTERNAL REVENUE SERVICE, et al.,
15
               Appellees.
16   _____/

     In re:
17
     SK FOODS, L.P., a California
18   limited partnership, et al.,

19             Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor
21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
22   Specialty Foods, Inc, a
     California corporation, d/b/a
23   Colusa County Canning Co.,          CIV. NO. S-11-1847 LKK

24             Appellant,

25                   v.

26   CSSS, L.P.,

                          3

1              Appellee.
   _____/
2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,
4
              Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
9
              Appellant,
10
                   v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13            Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
              Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
              Appellant,
22
                   v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25            Appellees.
   _____/
26

                                4

1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,

3

            Debtors.

4
    BANK OF MONTREAL, as
5   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
6   L.P. and RHM Industrial
    Specialty Foods, Inc, a
7   California corporation, d/b/a
    Colusa County Canning Co.,             CIV. NO. S-11-1853 LKK

8
            Appellant,
9
               v.
10
    CARY SCOTT COLLINS, et al.,
11
            Appellees.
12   _____/
    In re:
13
    SK FOODS, L.P., a California
14   limited partnership, et al.,

15           Debtors.

16   BANK OF MONTREAL, as
    Administrative Agent, successor
17   by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
18   Specialty Foods, Inc, a
    California corporation, d/b/a
19   Colusa County Canning Co.,             CIV. NO. S-11-1855 LKK

20          Appellant,

21            v.

22   CARY SCOTT COLLINS, et al.,

23         Appellees.          O R D E R
    _____/
24

25   ////

26   ////

## I.  BACKGROUND

On June 28, 2011, the Bankruptcy Court implemented this court's December 10, 2010 and April 14, 2011 remand orders[1] by issuing stays in the above-referenced adversary proceedings.  This court's remand order, in turn, was predicated upon the pendency of the federal criminal prosecution against F. Scott Salyer,[2] and the factors set forth in <u>Keating v. Office of Thrift Supervision</u>, 45 F.3d 322, 324 (9th Cir. 1995).

Salyer has now pled "guilty" in his criminal case, although the case is still pending, with sentencing yet to be determined. The <u>Keating</u> factors therefore do not appear to weigh in favor of a continued stay, especially those factors relating to the public interest in protecting the constitutionally protected right of presumed innocence, and the obligation of proof, which falls only on the prosecution.

The court is aware that Salyer pled guilty under a procedure that permits him to withdraw his guilty plea if this court rejects the plea agreement reached by the prosecution and the defense.[3] The court is also aware, however, that both the government and Salyer are represented by highly competent counsel who know far more about this criminal case than does the court, including the respective likelihoods of success at trial.  The remote chance that

---

[1] <u>See</u> <u>SSC Farms I, LLC v. Sharp</u>, 11-cv-1492-LKK (Dkt. Nos. 56 and 74).

[2] <u>See</u> <u>U.S. v. Salyer</u>, 10 Cr. 61 (E.D. Cal.).

[3] <u>See</u> Fed. R. Crim. P. 11(c)(3) & 11(c)(5)(B).

1 this court would reject the sentencing range under these conditions
2 does not appear sufficient to justify a continued stay of the
3 Bankruptcy Court proceedings.

4     Accordingly, these matters are remanded to the Bankruptcy
5 Court with instructions to vacate the stays, or to explain why the
6 stays should remain in place in light of Salyer's guilty pleas.

7     IT IS SO ORDERED.

8     DATED:  June 6, 2012.

9

10

11

12     LAWRENCE K. KARLTON
    SENIOR JUDGE
13     UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26