UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/
BRADLEY D. SHARP, et al.,

        Plaintiffs,

          v.                CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST, et al.,

        Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/
BRADLEY D. SHARP, et al.,

        Plaintiffs,

          v.                CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

         v.               CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

         v.               CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,

2

1          Appellant,

2              v.                    CIV. NO. S-11-1845 LKK

3  SCOTT SALYER, et al.,

4          Appellees.
   _____/

5  In re:

6  SK FOODS, L.P., a California
   limited partnership,

7
            Debtors.
8  _____/

   BANK OF MONTREAL, as
9  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
10 L.P. and RHM Industrial
   Specialty Foods, Inc, a
11 California corporation, d/b/a
   Colusa County Canning Co.,

12
            Appellant,
13
               v.                   CIV. NO. S-11-1846 LKK
14
   INTERNAL REVENUE SERVICE, et al.,
15
            Appellees.
16 _____/

   In re:
17
   SK FOODS, L.P., a California
18 limited partnership, et al.,

19          Debtors.

20 BANK OF MONTREAL, as
   Administrative Agent, successor
21 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
22 Specialty Foods, Inc, a
   California corporation, d/b/a
23 Colusa County Canning Co.,        CIV. NO. S-11-1847 LKK

24          Appellant,

25             v.

26 CSSS, L.P.,

                              3

1     Appellee.
_____/

2 In re:

3 SK FOODS, L.P., a California
limited partnership, et al.,

4

5     Debtors.

6 BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,

7 L.P. and RHM Industrial
Specialty Foods, Inc, a

8 California corporation, d/b/a
Colusa County Canning Co.,     CIV. NO. S-11-1849 LKK

9     Appellant,

10

11      v.

12 CALIFORNIA FRANCHISE TAX
BOARD, et al.,

13     Appellees.
_____/

14 In re:

15 SK FOODS, L.P., a California
limited partnership, et al.,

16

17     Debtors.

18 BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,

19 L.P. and RHM Industrial
Specialty Foods, Inc, a

20 California corporation, d/b/a
Colusa County Canning Co.,     CIV. NO. S-11-1850 LKK

21     Appellant,

22

23      v.

24 CALIFORNIA FRANCHISE TAX
BOARD, et al.,

25     Appellees.
_____/

26

4

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,           CIV. NO. S-11-1853 LKK

       Appellant,

          v.

CARY SCOTT COLLINS, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,           CIV. NO. S-11-1855 LKK

       Appellant,

          v.

CARY SCOTT COLLINS, et al.,

       Appellees.           O R D E R
_____/

////

////

5

## I.  BACKGROUND

On June 28, 2011, the Bankruptcy Court implemented this court's December 10, 2010 and April 14, 2011 remand orders[1] by issuing stays in the above-referenced adversary proceedings. This court's remand order, in turn, was predicated upon the pendency of the federal criminal prosecution against F. Scott Salyer,[2] and the factors set forth in Keating v. Office of Thrift Supervision, 45 F.3d 322, 324 (9th Cir. 1995).

Salyer has now pled "guilty" in his criminal case, although the case is still pending, with sentencing yet to be determined. The Keating factors therefore do not appear to weigh in favor of a continued stay, especially those factors relating to the public interest in protecting the constitutionally protected right of presumed innocence, and the obligation of proof, which falls only on the prosecution.

The court is aware that Salyer pled guilty under a procedure that permits him to withdraw his guilty plea if this court rejects the plea agreement reached by the prosecution and the defense.[3] The court is also aware, however, that both the government and Salyer are represented by highly competent counsel who know far more about this criminal case than does the court, including the respective likelihoods of success at trial. The remote chance that

---

[1] See SSC Farms I, LLC v. Sharp, 11-cv-1492-LKK (Dkt. Nos. 56 and 74).

[2] See U.S. v. Salyer, 10 Cr. 61 (E.D. Cal.).

[3] See Fed. R. Crim. P. 11(c)(3) & 11(c)(5)(B).

1   this court would reject the sentencing range under these conditions

2   does not appear sufficient to justify a continued stay of the

3   Bankruptcy Court proceedings.

4         Accordingly, these matters are remanded to the Bankruptcy

5   Court with instructions to vacate the stays, or to explain why the

6   stays should remain in place in light of Salyer's guilty pleas.

7         IT IS SO ORDERED.

8         DATED:  June 6, 2012.

9

10

11

12                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
13                              UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26